Brian S. King, #4610
Brent Newton, #6950
Nediha Hadzikadunic, #15851
**BRIAN S. KING, P.C.**
420 E. South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER P., individually and on behalf of B. P. a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUECROSS BLUESHIELD of ILLINOIS, and the BOEING COMPANY CONSOLIDATED HEALTH and WELFARE BENEFIT PLAN,<br><br>Defendants. | **STIPULATION TO TRANSFER VENUE**<br><br>Case No. 2:20-cv-00168-JNP-DBP<br><br>Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

   **WHEREAS**, Plaintiffs filed an Amended Complaint on March 19, 2020 (Docket 5); and

   **WHEREAS,** both Defendants are headquartered in Chicago, Illinois, and records relevant to this lawsuit are likely located there; and

   **WHEREAS,** Counsel for Blue Cross Blue Shield of Illinois has conferred with counsel for Boeing Company Consolidated Health and Welfare Benefit Plan (the "Plan"). The Plan, which has not yet appeared in this action, has confirmed that it consents to this action being transferred to the United States District Court for the Northern District of Illinois, Eastern Division; and therefore,

1

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel of record in the above-captioned proceeding, that this case should be transferred to the United States District Court for the Northern District of Illinois, Eastern Division.

DATED this 6th day of May 2020.

| | |
|---|---|
| BRIAN S. KING, PC | SNOW, CHRISTENSEN & MARTINEAU |
| /s/ Brian S. King | /s/ Maralyn M. English |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Blue Cross Blue Shield of Illinois* |