IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHRISTOPHER P., individually and on behalf of B.P. a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUECROSS BLUESHIELD of ILLINOIS, and the BOEING COMPANY CONSOLIDATED HEALTH and WELFARE BENEFIT PLAN,<br><br>Defendants. | **ORDER TRANSFERRING VENUE**<br><br>Case No. 2:20-cv-00168-JNP-DBP<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to the parties' stipulation and with good cause appearing, this matter is TRANSFERRED to the United States District Court for the Northern District of Illinois, Eastern Division.

SO ORDERED May 7, 2020

BY THE COURT:

_____
Jill N. Parrish
United States District Court Judge